**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

VS.     **CASE NO: 6:11-cr-167-Orl-40GJK**

**ARIEL CRUZ**

_____

**ORDER AND NOTICE
OF SHOW CAUSE HEARING**

This cause comes before the Court on a Report and Recommendation (Doc. No. 29), entered by the Magistrate Judge after conducting a Final Probation Revocation Hearing pursuant to Local Rule 6.01(c)(16) on March 8, 2016.

After an independent *de novo* review of the record in this matter, noting that the 14 day objection period has expired and no objections were filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.  The Report and Recommendation entered March 8, 2016 (Doc. No. 29) is ADOPTED AND CONFIRMED and made a part of this Order.

2.  Defendant shall personally appear on **April 13, 2016 at 10:30 a.m.** before the **Honorable Paul G. Byron**, United States District Judge, in **Courtroom #4B**, Fifth Floor, U.S. District Court, 401 West Central Blvd., Orlando,

Florida and shall show cause why supervised release should not be revoked.

**DONE and ORDERED** in Orlando, Florida this 4th day of April 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

*The United States Attorney is responsible for issuing any necessary writ to obtain defendant's presence at this hearing. Should the U.S. Marshal determine that a writ is necessary to obtain defendant's presence and that no writ has been received, the U.S. Marshal shall immediately advise the U.S. Attorney to deliver such writ in sufficient time to cause defendant's presence at such hearing*.

Copies to:
United States Magistrate Judge
Counsel for Defendant
United States Attorney
United States Marshal Service
United States Probation Office
Courtroom Deputy Clerk